IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHIL VAN BRUNT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-644-bbc

STATE OF WISCONSIN and
UNITED STATES GOVERNMENT,

    Defendant.

---

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

By: _____, Chief Deputy Clerk     10-29-09
Peter Oppeneer, Clerk of Court                Date